# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 5, 2014

### NO. 03-12-00101-CR

**Alberto Torres, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, ROSE AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment of conviction entered by the trial court on October 24, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.